UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY PADILLA, | Case No. 07-CV-1819-WQH (JMA) |
| Plaintiff, | **ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| EMPIRE FINANCIAL HOLDING COMPANY, | |
| Defendants. | |

At the request of the parties, the Settlement Disposition Conference, currently scheduled to be held on February 29, 2008 at 2:00 p.m., is <u>vacated</u>. Instead, the attorneys must appear for a Settlement Disposition Conference on **March 14, 2008** at **2:00 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

1  before the date indicated above, counsel shall contact the
2  chambers of Magistrate Judge Adler <u>at least one court day before</u>
3  <u>the date indicated above to explain the reasons therefor.</u>
4  <u>Failure to comply with this order may be cause for the imposition</u>
5  <u>of monetary sanctions.</u>
6       **IT IS SO ORDERED.**
7  DATED:   February 28, 2008

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge