# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY PADILLA, an individual,<br><br>Plaintiff,<br>vs.<br>EMPIRE FINANCIAL HOLDING COMPANY, a corporation,<br><br>Defendant. | CASE NO. 07cv1819 WQH (JMA)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Dismiss (Doc. # 15) is **GRANTED.** The above-captioned action is **DISMISSED.**

DATED: March 19, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge